IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-60380
Conference Calendar

_____

RICKEY DALE MESHELL,

                                        Plaintiff-Appellant,

versus

EDDIE LUCAS, COMMISSIONER, MISSISSIPPI
DEPARTMENT OF CORRECTIONS, ET AL.,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 4:94-CV-168-S-B
- - - - - - - - - -
October 24, 1996
Before POLITZ, Chief Judge, and JOLLY and HIGGINBOTHAM, Circuit Judges.

PER CURIAM:[*]

     Rickey Dale Meshell, Mississippi inmate #49979, appeals the
dismissal, without prejudice, as frivolous of his civil rights
complaint.  Meshell argues that the district court abused its
discretion in dismissing the appeal for the following reasons:
Meshell was entitled to the procedural protections of <u>Wolff v.
McDonnell</u>, 418 U.S. 539, 564-66 (1974); Meshell's punishment of

_____

     [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

close confinement is atypical from the ordinary incidents of prison life and thus distinguishable from Sandin v. Conner, 115 S. Ct. 2293, 2300 (1995); and the district court erred by dismissing the suit before service.  We have carefully reviewed the arguments and the appellate record.  We conclude that the district court did not abuse its discretion in dismissing the complaint as frivolous.  See Denton v. Hernandez, 504 U.S. 25, 33 (1992).

The appeal is without arguable merit and thus frivolous. See 5th Cir. R. 42.2.  We caution Meshell that any additional frivolous appeals filed by him will invite the imposition of sanctions.  To avoid sanctions, Meshell is further cautioned to review all pending appeals to ensure that they do not raise arguments that are frivolous.

APPEAL DISMISSED.  SANCTION WARNING ISSUED.